JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS EVELIO ROSALES,<br><br>             Plaintiff,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION, et al.,<br><br>             Defendants. | Case No. 2:22-cv-00203-FLA (Ex)<br><br>**ORDER DISMISSING ACTION [DKT. 19]** |

On December 14, 2022, Plaintiff Jesus Evelio Rosales ("Plaintiff") filed a Notice of Settlement, stating the parties had agreed to settle Plaintiff's claims on an individual basis and are in the process of memorializing the terms of the settlement in a written agreement. Dkt. 19 at 2. The parties anticipate they will file a stipulated dismissal of the action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1), by January 30, 2023. *Id.*

///

///

      Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED. The stay of the action, entered on March 7, 2022 and extended on October 20, 2022, is LIFTED.

2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: December 19, 2022

                                                FERNANDO L. AENLLE-ROCHA
                                                United States District Judge